THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY OF ITHACA, Respondent, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY et al., Appellants.

*People ex rel. Ithaca* v. *D., L. & W. R. R. Co.*, 11 App. Div. 280, affirmed.
(Argued April 26, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 9, 1896, upon an order affirming a judgment of the Supreme Court awarding a peremptory mandamus.

*S. D. Halliday* for appellants.

*Jared T. Newman* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

FRANK TRAYNOR, Respondent, *v.* CHARLES E. MURTAGH et al., Appellants.

*Traynor* v. *Murtagh*, 10 App. Div. 627, affirmed.
(Argued April 26, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 25, 1896, upon an order affirming a judgment of the late City Court of Brooklyn in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Harris Wilson* for appellants.

*Henry A. Powell* for respondent.

Judgment and order affirmed, with costs; **no opinion.**
All concur, except BARTLETT, J., not voting.